SO. CAL. EQUAL ACCESS GROUP
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 205-6560
cm@SoCalEAG.com

Attorneys for Plaintiff,
ANA VENTURA

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANA VENTURA,<br><br>Plaintiff,<br><br>vs.<br><br>BRENDA ELIZABETH YANEZ D/B/A THE MAKEUP STORE; LEON C. KOULLOUKIAN, AS TRUSTEE OF THE REVOCABLE TRUST OF LEON AND ASFIKE KOULLOUKIAN; and DOES 1 to 10,<br><br>Defendants. | **Case No.: 2:24-cv-10858-FMO (KSx)**<br><br>**JOINT NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff ANA VENTURA ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case. Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED: June 20, 2025        **SO. CAL EQUAL ACCESS GROUP**

                        _/s/ Jason J. Kim_
                        JASON J. KIM
                        Attorney for Plaintiff

DATED: June 20, 2025          BEZDIK KASSAB LAW GROUP


By:      _/s/ Raffi Kassabian_
         Raffi Kassabian
         Attorney for Defendants,
         BRENDA ELIZABETH YANEZ
         D/B/A THE MAKEUP STORE and
         LEON C. KOULLOUKIAN, AS
         TRUSTEE OF THE REVOCABLE
         TRUST OF LEON AND ASFIKE
         KOULLOUKIAN


Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.


By: _/s/ Jason J. Kim_
    Jason J. Kim

-2-
NOTICE OF SETTLEMENT OF ENTIRE CASE